RECEIVED
SDNY PRO SE OFFICE
2025 DEC -8 AM 11: 28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Joshua Rogers

_Write the full name of each plaintiff._

**25 CV 10162**

(Include case number if one has been assigned)

-against-

The Estate of Frank Bledsoe
+ Jane Bledsoe
Minerva Plantation

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

_Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II._

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X] **Federal Question**

[ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My father left me oud his will + I just learned of his Presence due to company naming, Subdivision and my grandmother + sister was his Caretakers. My mom was sent to Milton to h.le it

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Joshua Rogers__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__New York__.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __State of GA__, is a citizen of the State of
(Defendant's name)

__Georgia__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__Georgia__.

If the defendant is a corporation:

The defendant, __Minerva Plantation__, is incorporated under the laws of the State of __GA__

and has its principal place of business in the State of __GA__

or is incorporated under the laws of (foreign state) __GA__

and has its principal place of business in __GA__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Joshua__   __S__   __Rogers__
First Name   Middle Initial   Last Name

__P.O. Box 1232__
Street Address

__New York__   __NY__   __10159__
County, City   State   Zip Code

__646-761-7438__   __jrogers2280@liberty.edu__
Telephone Number   Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: M. Franklin
Last Name: Bledsoe
Current Job Title (or other identifying information): Minerva Plantation
Current Work Address (or other address where defendant may be served): 2342 Marshallville Hwy
County, City: New Ho Perry
State: GA
Zip Code: 31069

Defendant 2:

First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 3:

First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 4: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____Georgia_____

Date(s) of occurrence: _____4-1-2021_____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

My father passed away + left me out his will. I wish to challenge it on omission of Interstate heir. He named the company after my mother Minc = my child R = Rogers VA = Virginia. My mother Virginia Rogers. He also built a sub div. and named it after me in between the house we owned + where he lived. I've met his wife (cousin Jane) and the fact that he was gay + so was I. My Grandmother was my his housekeeper + what they did was swapped me w The Gospel Singer Joshua Rogers who was my mothers biological child. When he went to the Farmers Alliance in

Washington he scheduled to make my Birthday a presidential # I was born a month before but my Bday is 11-21-89

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Left out of will & I'm his only heir.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Place land & business in my name and grant me ownership.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 12/7/25 | [signature] |
| Dated | Plaintiff's Signature |
| Joshua     S | Rose |
| First Name    Middle Initial | Last Name |
| P.O. Box 1232 | |
| Street Address | |
| New York          NY | 10159 |
| County, City         State | Zip Code |
| 646-761-7438 | Jrogers228@liberty.edu |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.